Patrick G. Byrne (Nevada Bar #7636)
Morgan Petrelli (Nevada Bar #13221)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel.  702.784.5200
Fax.  702.784.5252
Email:  pbyrne@swlaw.com
         mpetrelli@swlaw.com

Walter C. Carlson (*Pro Hac Vice* to be filed)
Lawrence P. Fogel (*Pro Hac Vice* to be filed)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel.  312.853.7000
Fax.  312.853.7036
Email:  wcarlson@sidley.com
         lawrence.fogel@sidley.com

*Attorneys for Nominal Defendant Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW TURESKY, derivatively on behalf of LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> SHELDON G. ADELSON, PATRICK DUMONT, ROBERT G. GOLDSTEIN, IRWIN CHAFETZ, MICHELINE CHAU, CHARLES D. FORMAN, STEVEN L. GERARD, GEORGE JAMIESON, CHARLES A. KOPPELMAN, LEWIS KRAMER, and DAVID F. LEVI, <br><br> Defendants, <br><br> and <br><br> LAS VEGAS SANDS CORP., <br><br> Nominal Defendant. | Case No. 2:20-cv-02340-APG-VCF <br><br> **JOINT MOTION AND ORDER FOR EXTENSION OF TIME FOR NOMINAL DEFENDANT LAS VEGAS SANDS CORP. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> **(First Request)** |

Plaintiff Andrew Turesky ("Plaintiff") and Nominal Defendant Las Vegas Sands Corp. ("LVSC"), by and through their undersigned counsel, for good cause shown, hereby move for a 30-day extension for LVSC to answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] to February 24, 2021:

1. Plaintiff filed this stockholder derivative action on December 28, 2020, against defendants Sheldon G. Adelson,[1] Patrick Dumont, Robert G. Goldstein, Irwin Chafetz, Micheline Chau, Charles D. Forman, Steven L. Gerard, George Jamieson, Charles A. Koppelman, Lewis Kramer, and David F. Levi (the "Individual Defendants"), and nominal defendant LVSC (collectively with the Individual Defendants, the "Defendants").

2. A summons and copy of the Complaint was served on LVSC on January 4, 2021, thus placing LVSC's deadline to answer or otherwise respond to the Complaint on January 25, 2021.

3. To date, no service has been made on any Individual Defendant.

4. Because eleven of the Defendants have not been served, and to promote coordination and efficiency, counsel for Plaintiff and LVSC have agreed to a 30-day extension for LVSC to answer or otherwise respond to the Complaint.

5. This extension request is sought in good faith and is not made for the purpose of delay.

6. Accordingly, LVSC's response to Plaintiff's Complaint would now be due on or before February 24, 2021.

Dated: January 25, 2021

**LEVERTY & ASSOCIATES LAW CHTD**.   **SNELL & WILMER, L.L.P.**

By: */s/ Patrick R. Leverty*   By: */s/ Patrick G. Byrne*

Patrick R. Leverty
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636

Patrick G. Byrne, Esq.
Morgan Petrelli, Esq.
3883 Howard Hughes Parkway,
Ste. 1100
Las Vegas, NV 89169

---

[1] Mr. Adelson, as this Court may be aware, recently passed after the filing of this action.

| | |
|---|---|
| Fax. 775.322.3953<br>Email: pat@levertylaw.com<br><br>Phillip Kim<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Tel. 212.686.1060<br>Fax. 212.202.3827<br>Email: pkim@rosenlegal.com<br><br>Timothy Brown<br>THE BROWN LAW FIRM, P.C.<br>240 Townsend Square<br>Oyster Bay, NY 11771<br>Tel. 516.922.5427<br>Fax. 516.344.6204<br>Email: tbrown@thebrownlawfirm.net<br><br>*Attorneys for Plaintiff* | Tel.  702.784.5200<br>Fax. 702.784.5252<br>Email:  pbyrne@swlaw.com<br>           mpetrelli@swlaw.com<br><br>Walter C. Carlson (*Pro Hac Vice* to be filed)<br>Lawrence P. Fogel (*Pro Hac Vice* to be filed)<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Tel.  312.853.7000<br>Fax. 312.853.7036<br>Email:  wcarlson@sidley.com<br>           lawrence.fogel@sidley.com<br><br>*Attorneys for Nominal Defendant Las Vegas Sands Corp.* |

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 2/1/2021

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

> */s/ Lyndsey Luxford*
> An employee of Snell & Wilmer L.L.P.

4834-0648-0601.1

- 4 -