# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANDREW TURESKY, derivatively on behalf of LAS VEGAS SANDS CORP., <br><br>  Plaintiff, <br><br> vs. <br><br> SHELDON G. ADELSON, PATRICK DUMONT, ROBERT G. GOLDSTEIN, IRWIN CHAFETZ, MICHELINE CHAU, CHARLES D. FORMAN, STEVEN L. GERARD, GEORGE JAMIESON, CHARLES A. KOPPELMAN, LEWIS KRAMER, and DAVID F. LEV, <br><br>  Defendants. | 2:20-CV-2340-APG-VCF <br> **ORDER** |

Before the Court is Plaintiff's Motion to Substitute Party Under Fed. R. Civ. P. 25(a) (ECF No. 13).

The Plaintiff requests the court to substitute Sheldon G. Adelson ("Decedent"), who died during the pendency of this action, with Dr. Miriam Adelson, in her capacity as special administrator of Decedent's estate.

Defendants' have filed a non-opposition to Plaintiff's Motion for Substitution of Party (ECF NO. 15).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff's Motion to Substitute Party Under Fed. R. Civ. P. 25(a) (ECF No. 13) is GRANTED.

The Clerk is directed to substitute Dr. Miriam Adelson, in her capacity as special administrator

1 | of Sheldon G. Adelson's estate in place of Sheldon G. Adelson, as defendant in the caption.

3 |    DATED this 11th day of March, 2021.

                                                 CAM FERENBACH
                                                 UNITED STATES MAGISTRATE JUDGE